# United States District Court
## Northern District of Ohio at

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**TRINELL N. BENNETT** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **4:01CR166**<br><br>USM Number: 53734-060<br><br>Carlos Warner<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of conditions of the term of supervision.

    The Court adopts the Magistrate's Report and Recommendation filed on 4/24/2006 (docket #274) and finds the defendant guilty of violating conditions of supervised release.

    IT IS ORDERED that the defendant is sentenced to the custody of the Bureau of Prisons for a period of 6 Months, with 5 Months to run concurrently with the sentence imposed in case number 4:06CR87 and with 1 Month to run consecutively with the sentence imposed in case number 4:06CR87. Upon release from confinement the period of supervised release in this case will terminate.

September 25, 2006
Date of Imposition of Sentence

*s/David D. Dowd, Jr.*
Signature of Judicial Officer

David D. Dowd, Jr., U.S. District Judge
Name & Title of Judicial Officer

September 26, 2006
Date